**No. 57627.**—J. J. Boll and Grossman Elec. & Radio Co. *v.* United States, protests 186917–K and 177721–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of ⅓-watt, ½-watt, or 1-watt carbon resistors, composed in chief value of metal, used chiefly as parts of radio apparatus, instruments, or devices, the claim of the plaintiffs was sustained.

**No. 57628.**—The Danwill Company *v.* United States, protest 204018–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57629.**—P. John Hanrahan, Inc. *v.* United States, protest 204448–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57630.**—C. C. Ryder & Co., Inc. *v.* United States, protest 206565–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57631.**—Millmaster Chemical Corp. *v.* United States, protest 207028–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57632.**—Mawer-Gulden-Annis, Inc. *v.* United States, protests 207185–K and 207186–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in this case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protests were therefore overruled.